

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-23-00804-CV

In the Interest of **A.F.T.**, D.M.P.H., and E.C.T., Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-00605
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED. No costs of appeal are taxed against appellant because she qualifies as indigent. *See* TEX. R. APP. P. 20.1; TEX. R. CIV. P. 145.

SIGNED January 24, 2024.

Liza A. Rodriguez, Justice